# Court of Appeals
# of the State of Georgia

ATLANTA, January 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0533. WATSON v. THE STATE.**

The above-styled case was docketed in this Court on November 19, 2013. When the pro se appellant, David Watson, failed to timely file an appellate brief and enumeration of errors, this Court ordered him to do so by January 13, 2014, warning him that his failure to comply would result in the dismissal of this appeal.

As of today's date, Watson has failed to comply with the previous order. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*